At an ___ Part ____ of the United States District Court for the Southern District of New York, at the Courthouse located at 300 Quarropas Street, White Plains, New York, 10601 on the  2nd  day of   December  ,2020

PRESENT:

HONORABLE: CATHY SEIBEL

        Judge

------------------------------------------------------------------- X

H.S., an Infant by her Parents and Natural Guardians, ROSE SPITZER and JOEL SPITZER, and ROSE SPITZER and JOEL SPITZER, Individually,

                              Plaintiffs,

    -against-

UNITED STATES OF AMERICA,
MAHMOUD IBRAHIM, M.D., and
NYACK HOSPITAL,

                              *Defendants.*

**COMPROMISE ORDER**

No.: 7:19-cv-00015 (CS)

------------------------------------------------------------------- X

Upon reading and filing the affidavit of Joel Spitzer and Rose Spitzer, as parents and natural guardians of the infant herein, sworn to the 29th day of October, 2020, the affirmation of Gerald Oginski, Esq dated the October 29, 2020 and H.S., infant, having been born on July 5, 2016, now 4 years of age; and it appearing that H.S. is not competent to make any determination in this action on her own behalf; and upon all of the pleadings and proceedings had herein; and it appearing therefrom that it is in the best interests of H.S. to partially compromise this action

pursuant to local rule 83.2 and discontinue the action solely against defendant Mahmood Ibrahim, M.D., it is hereby

**ORDERED** That the action as against defendant Mahmood Ibrahim, M.D. be and the same is hereby discontinued, with prejudice and without costs; and it is further

**ORDERED,** that this action shall proceed as against the remaining defendants, to wit: United States of America and Nyack Hospital; and it is further

ORDERED, that the caption of the action shall be amended to read as follows:

"UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
=============================================X
H.S., an Infant by her Parents and Natural
Guardians, ROSE SPITZER and JOEL SPITZER, and
ROSE SPITZER and JOEL SPITZER, Individually,

                          Plaintiffs,

                                                               No.: 7:19-cv-00015 (CS)
    -against-

UNITED STATES OF AMERICA and
NYACK HOSPITAL,

                          Defendants.
=============================================X"

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.